# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| SAMUEL LEE JOHNSON, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *  No. 4:19-cv-00688-JJV |
| ANDREW SAUL, | * |
| Commissioner of Social Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 9th day of June 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE